**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RENEE GRAY,<br><br>    Plaintiff<br><br>v.<br><br>HOME DEPOT U.S.A., INC., et al.,<br><br>    Defendants | Case No.: 2:24-cv-01361-APG-MDC<br><br>**Order Striking Certificates of Interested Parties** |

    I ORDER that the defendants' certificate of interested parties (ECF No. 3) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify each defendant's citizenship as required by the amendment to that rule.

    I FURTHER ORDER that plaintiff Renee Gray's certificate of interested parties (ECF No. 4) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by the amendment to that rule.

    I FURTHER ORDER the parties to file proper certificates of interested parties by August 9, 2024.

    DATED this 29th day of July, 2024.

                                                    ANDREW P. GORDON<br>
                                                 UNITED STATES DISTRICT JUDGE