UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RENEE GRAY,<br><br>    Plaintiff<br><br>v.<br><br>HOME DEPOT U.S.A., INC., et al.,<br><br>    Defendants | Case No.: 2:24-cv-01361-APG-MDC<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that the defendants' certificate of interested parties (ECF No. 8) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not fully identify each defendant's citizenship as required by the amendment to that rule because it does not identify each defendant's state of incorporation and principal place of business. Instead, it places state initials next to each defendant without specifying if that is the state of incorporation, the principal place of business, or both. ECF No. 8 at 1. Additionally, it appears to contradict the statements made in the notice of removal. The certificate identifies Home Depot's citizenship as "[MD]" and HD Development as "[DE]." *Id.* But the notice of removal states that "Defendants are Delaware Corporations with their principal place of business in the State of Maryland." ECF No. 1 at 3.

I FURTHER ORDER the defendants to file proper certificates of interested parties by August 9, 2024.

DATED this 1st day of August, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE