STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@halljaffe.com

**HALL JAFFE, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendants Home Depot U.S.A., Inc.*
 *and HD Development of Maryland, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RENEE GRAY,<br><br>                        Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.; HD DEVELOPMENT OF MARYLAND, INC.; DOE EMPLOYEE I-V; ROE PROPERTY OWNER I-V; ROE PROPERTY MANAGEMENT COMPANY I-V; DOE EMPLOYEES I-V; ROE COMPANIES I-V, inclusive,<br><br>                        Defendants. | CASE NO.:  2:24-cv-01361-APG-MDC<br><br><br>**STIPULATION AND ORDER REGARDING BRIEFING** |

…

…

…

…

…

1

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Defendant Home Depot's Opposition to Plaintiff Renee Gray's Motion to Remand shall be due on September 3, 2024.

| | |
|---|---|
| DATED this 28th day of August, 2024. | DATED this 18th day of August, 2024. |
| **HALL JAFFE, LLP** | **PRICE & BECKSTROM** |
| By: /s/Steven T. Jaffe<br>STEVEN T. JAFFE, ESQ.<br>Nevada Bar No. 7035<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendants* | By: /s/ Janice J. Parker<br>DANIEL R. PRICE, ESQ.<br>Nevada Bar No. 13564<br>CHRISTOPHER BECKSTROM, ESQ.<br>Nevada Bar No. 14031<br>JANICE J. PARKER, ESQ.<br>Nevada Bar No. 14102<br>JASMIN N. STEWART, ESQ.<br>Nevada Bar No. 16008<br>1401 S. Jones Blvd.<br>Las Vegas, NV  89146<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

Dated: August 29, 2024

_____
Andrew P. Gordon
United States District Judge

Respectfully Submitted by:

HALL JAFFE, LLP

By: /s/ Steven T. Jaffe
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for Defendants*

2